IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERALDINE WRAY, | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | NO. 09-CV-5792 |
| MICHAEL C. PAINTER, | : | |
| | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 4th day of March, 2010, after consideration of Defendant Michael C. Painter's Motion to Dismiss (Doc. No. 5) and all filings related thereto, it is hereby ORDERED that Defendant's Motion is GRANTED to the extent that Plaintiff alleges a claim under the Fourteenth Amendment and seeks punitive damages from Defendant in his official capacity. Defendant's Motion is DENIED in all other respects.

BY THE COURT:

*/s/ Thomas M. Golden*
THOMAS M. GOLDEN, J.