IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| GERALDINE WRAY, | : | |
| --- | --- | --- |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 09-5792 |
| v. | : | |
| | : | |
| MICHAEL C. PAINTER, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 28th day of March 2011, upon consideration of Plaintiff's Motion for Partial Summary Judgment (Doc. No. 24), Defendant's Motion for Summary Judgment (Doc. No. 26), the briefs filed by the parties in support of or in opposition to the Motions (Doc. Nos. 25, 27, 28, 29), and the exhibits submitted by the parties, and after a hearing on the Motions held on February 22, 2011, it is **ORDERED** that:

1. Plaintiff's Motion for Partial Summary Judgment (Doc. No. 24) is **DENIED**.

2. Defendant's Motion for Summary Judgment (Doc. No. 26) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.